# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

IN THE MATTER OF COOPER
MARINE & TIMBERLANDS
CORPORATION, as Owner     No. 3:15CV00170 JLH (LEAD)
*Pro Hac Vice* and Operator; and
GATX THIRD AIRCRAFT, LLC,
as Owner of the BARGE CMT 123,
Official No. 1067600

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT L. COLEMAN, Special Administrator                                                   PLAINTIFF
for the Estate of Nicolas Perez Hernandez, and
his surviving heirs and dependents

v.                                        NO. 3:15CV00225 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, as Owner Pro Hac Vice and
Operator of the Barge CMT 123, Official
No. 1067600; LOGISTIC SERVICES, INC.;
and SEVERSTAL U.S. HOLDINGS, LLC                                                          DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KASSANDRA NIEVES, Individually and as                                                      PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                                        NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, as Owner Pro Hac Vice and
Operator of the Barge CMT 123, Official
No. 1067600; LOGISTICS SERVICES, INC.;
and STEEL DYNAMICS COLUMBUS, LLC                                                          DEFENDANTS

## ORDER

The parties have filed a joint motion to consolidate the three actions in the caption of this Order for discovery purposes only. Pursuant to Federal Rule of Civil Procedure 42(a), the motion is GRANTED. The three cases in the caption of this Order are hereby consolidated for discovery purposes. Case No. 3:15CV00170-JLH will be the lead case.

IT IS SO ORDERED this 20th day of January, 2016.

 

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE