**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

IN THE MATTER OF COOPER
MARINE & TIMBERLANDS
CORPORATION,          No. 3:15CV00170 JLH (LEAD)
as Owner *Pro Hac Vice* and Operator;
and GATX THIRD AIRCRAFT, LLC,
as Owner of the BARGE CMT 123,
Official No. 1067600

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ROBERT L. COLEMAN, Special Administrator                               PLAINTIFF
for the Estate of Nicolas Perez Hernandez, and
his Surviving Heirs and Dependents

v.                               NO. 3:15CV00225 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                     DEFENDANTS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

KASSANDRA NIEVES, Individually and as                                   PLAINTIFF
Personal Representative of the Estate of Juan Nieves
and his Surviving Heirs and Dependents

v.                               NO. 3:15CV00350 JLH

COOPER MARINE & TIMBERLANDS
CORPORATION, *et al*.                                                     DEFENDANTS

**ORDER**

        The joint motion to extend deadlines for filing responses and replies to recently filed motions is GRANTED. The deadline to file responses is extended up to and including June 26, 2017, and the deadline to file replies is extended up to and including July 10, 2017.

        IT IS SO ORDERED this 9th day of June 2017.

                                                                         _____
                                                                        J. LEON HOLMES
                                                                        UNITED STATES DISTRICT JUDGE