# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 WEST CAPITOL AVENUE, SUITE D-469
LITTLE ROCK, ARKANSAS 72201-3325

**J. LEON HOLMES**  (501) 604-5380
**UNITED STATES DISTRICT JUDGE**  FAX: (501) 604-5389

June 26, 2017

Re: No. 3:15CV00170, *In Re Cooper Marine & Timberlands Corp., as Owner Pro Hac Vice and Operator; In Re GATX Third Aircraft, LLC, as Owner of the Barge CMT 123, Official No. 1067600*
No. 3:15CV00225, *Coleman v. Cooper Marine & Timberlands Corp., et al.*
No. 3:15CV00350, *Nieves v. Cooper Marine & Timberlands Corp., et al.*

To All Counsel of Record:

    We recently received notice that a part of this litigation has been settled. Several motions are pending. That settlement raises the issue of which pending motions, if any, are moot and which need a decision from the Court. Please confer and file a stipulation of dismissal as to any motions that are moot. If you could do that by the end of the week, it would assist us in directing our attention to the motions that need a decision.

                                      Respectfully yours,

                                      Leon Holmes

JLH/lkc