IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN THE MATTER OF COOPER MARINE
& TIMBERLANDS CORPORATION,
as Owner *Pro Hac Vice* and Operator;
and GATX THIRD AIRCRAFT, LLC,
as Owner of the BARGE CMT 123,
Official No. 1067600          No. 3:15CV00170 JLH

## ORDER

The plaintiffs filed a motion in limine on October 1, 2017. Since that motion was filed, the plaintiffs have settled their claims. The motion in limine is therefore DENIED AS MOOT. Document #85.

IT IS SO ORDERED this 1st day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE